Frank Tocco, Plaintiff-Appellant, v. Vince Yates, Defendant-Appellee.

Gen. No. 10,581.

Linwood Connellee, for appellant; Carlos O. Davies, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed April 1, 1952; released for publication April 18, 1952.

